# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| S.C., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| DIRTY WORLD, LLC, a Delaware limited liability company, | ) ) )   Case No: 4:11-cv-392 ) |
| and | ) ) |
| NIK RICHIE, an individual, | ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants DIRTY WORLD, LLC ("Dirty World") and NIK LAMAS-RICHIE ("Richie") respectfully move this Honorable Court for an order dismissing with prejudice the fifth and sixth causes of action in Plaintiff's First Amended Complaint for the reasons set forth in Defendants' Suggestions in Support filed contemporaneously herewith.

RESPECTFULLY SUBMITTED August 9, 2011.

        ARMSTRONG TEASDALE LLP

        BY:*/s/ Darren K. Sharp*
          Darren K. Sharp     MO #50841
          2345 Grand Boulevard, Suite 2000
          Kansas City, Missouri 64108
          816.221.3420
          816.221.0786 (facsimile)
          dsharp@armstrongteasdale.com

        AND

GINGRAS LAW OFFICE, PLLC
David S. Gingras (admitted *pro hac vice*)
3941 E. Chandler Blvd., #106-243
Phoenix, AZ 85048
Tel.: (480) 668-3623
Fax: (480) 248-3196
DAVID@GINGRASLAW.COM

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on August 9, 2011, a copy of the foregoing was served by operation of the Court's electronic filing system upon the following:

Matthew J. O'Connor, Esq.
Bradly H. Bergman, Esq.
Mid-America Trial Lawyers
523 Grand, Suite 1B
Kansas City, MO 64106
mjoc@workingforjustice.com
bhb@workingforjustice.com
Attorneys for Plaintiff

Parties may access this filing through the Court's system.

*/s/ Darren K. Sharp*

2
Case 4:11-cv-00392-DW   Document 29   Filed 08/09/11   Page 2 of 2