**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| S.C.,                                           ) | |
|                                                 ) | |
|       Plaintiff,  ) | |
|                                                 ) | |
| vs.                                             ) | |
|                                                 ) | |
| DIRTY WORLD, LLC, a Delaware limited            ) | Case No: 4:11-cv-392 |
| liability company,                              ) | |
|                                                 ) | |
| and                                             ) | |
|                                                 ) | |
| NIK RICHIE, an individual,                      ) | |
|                                                 ) | |
|       Defendants. ) | |

# DEFENDANTS' RENEWED
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendants DIRTY WORLD, LLC ("Dirty World") and

NIK LAMAS-RICHIE ("Richie") respectfully move this Honorable Court for an order granting

summary judgment in their favor as to all claims in this matter for the reasons set forth in their

supporting Memorandum of Law filed contemporaneously herewith.


Respectfully Submitted,

ARMSTRONG TEASDALE LLP


BY: */s/ Darren K. Sharp*
      Darren K. Sharp      MO #50841
      2345 Grand Boulevard, Suite 1500
      Kansas City, Missouri 64108
      816.221.3420
      816.221.0786 (facsimile)
      dsharp@armstrongteasdale.com


     AND

GINGRAS LAW OFFICE, PLLC
David S. Gingras (admitted *pro hac vice*)
3941 E. Chandler Blvd., #106-243
Phoenix, AZ 85048
Tel.: (480) 668-3623
Fax: (480) 248-3196
DAVID@GINGRASLAW.COM

**ATTORNEY FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, hereby certifies that on December 23, 2011, a copy of the

foregoing was served by operation of the Court's electronic filing system upon the following:

Matthew J. O'Connor, Esq.
Bradly H. Bergman, Esq.
Mid-America Trial Lawyers
523 Grand, Suite 1B
Kansas City, MO 64106
mjoc@workingforjustice.com
bhb@workingforjustice.com
Attorneys for Plaintiff

Parties may access this filing through the Court's system.

*/s/ Darren K. Sharp*